**DYKEMA GOSSETT LLP**
Jon D. Cantor (SBN: 91852)
*jdcantor@dykema.com*
Abirami Gnanadesigan (SBN: 263375)
*agnanadesigan@dykema.com*
333 South Grand Avenue
Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850

Attorneys for Plaintiff
TNG WORLDWIDE, INC.

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TNG WORLDWIDE, INC., a Michigan Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>NHUNG NGUYEN,<br>d/b/a ALLUREBEAUTI<br><br>            Defendant. | Case No. 2:20-cv-10160-FMO-AGR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:  November 5, 2020 |

# **ORDER**

IT IS HEREBY ORDERED pursuant to the parties' Stipulation, and Good Cause appearing therefor, that the above entitled action is hereby dismissed in its entirety without prejudice. Each side shall bear its own costs and fees.

IT IS SO ORDERED.

Dated: November 23, 2020        By: _____/s/_____
                                    Honorable Fernando M. Olguin
                                    UNITED STATES DISTRICT JUDGE